No. 350. PELLEY *v.* MATTHEWS, U. S. MARSHAL.
Certiorari denied. *T. Emmett McKenzie* for petitioner. *Solicitor General Perlman, Robert S. Erdahl* and *Beatrice Rosenberg* for respondent.

Nos. 354 and 355. WEISENBACH, EXECUTRIX, *v.* KISTNER, ANCILLARY ADMINISTRATOR, ET AL.
Certiorari denied. *Robert Merkle* for petitioner. *John R. Kistner* for respondents.

No. 312. HINLEY *v.* BURFORD, WARDEN.
Certiorari denied.

No. 322. BORCHERS *v.* UNITED STATES;
No. 323. FENTZKE *v.* UNITED STATES; and
No. 324. KNUPFER *v.* UNITED STATES.
Certiorari denied. *George C. Dix* for petitioners. *Solicitor General Perlman, Robert S. Erdahl* and *Beatrice Rosenberg* for the United States.

No. 346. WATCHTOWER BIBLE & TRACT SOCIETY, INC. *v.* COUNTY OF LOS ANGELES ET AL.
Certiorari denied. MR. JUSTICE MURPHY is of the opinion that the petition should be granted. *Hayden C. Covington* for petitioner. *Harold W. Kennedy* for respondents.

No. 115, Misc. CHAVIS *v.* PENNSYLVANIA.
Certiorari denied. Petitioner *pro se. Colbert McClain* and *John H. Maurer* for respondent.

